UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Damien Deandre Burnett,<br><br>Defendant. | Case No. 18-cr-51 (SRN/LIB)<br><br>**MEMORANDUM OPINION AND ORDER** |

Benjamin Bejar, Craig R. Baune, Thomas Calhoun-Lopez, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Plaintiff.

Frederick J. Goetz, Goetz & Eckland PA, 615 1st Avenue Northeast, Suite 425, Minneapolis, MN 55413, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

In his motion in limine, Defendant Damien Burnett moved to require the government to provide him supplemental *Giglio* information and materials [Doc. No. 506]. At the April 22, 2019 pre-trial hearing, Mr. Burnett's counsel specifically requested review of the criminal history portions of the Presentence Investigation Reports ("PSR") of Crystal Starstead, Carlos Coleman, and Jovan Gentle, as well as any information contained in Ms. Starstead's PSR related to her memory impairment.

As to Mr. Gentle, the criminal history section of his PSR beginning with Mr. Gentle's adult convictions may be disclosed to counsel for Mr. Burnett in the event that Mr. Gentle testifies. It is the Court's understanding that this is a preliminary report and the final report is pending.

1

As to Mr. Coleman, the criminal history section of his PSR beginning with Mr. Coleman's adult convictions may be disclosed to counsel for Mr. Burnett in the event that Mr. Coleman testifies.

As to Ms. Starstead, the criminal history section of her PSR beginning with Ms. Starstead's adult convictions may be disclosed to counsel for Mr. Burnett in the event that Ms. Starstead testifies. In addition, paragraph 92 of the PSR, which relates to her memory impairment, may be disclosed to counsel for Mr. Burnett in the event that Ms. Starstead testifies.

## IV. Conclusion

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion in Limine for Supplemental Giglio Materials [Doc. No. 506] is **GRANTED IN PART AND DENIED IN PART**.

Dated: April 26, 2019
s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge