# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-51 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| (8) DAMIEN DEANDRE BURNETT, a/k/a "Luck," | |
| Defendant. | |

This matter is before the Court on the Government's Motion for an Evidentiary Hearing [Doc. No. 588].

Defendant Damien Deandre Burnett's sentencing hearing is scheduled for August 8, 2019, at 11:00 a.m. In light of Defendant's specific objections to the Presentence Investigation Report (PSR), the Government requests an evidentiary hearing at sentencing. It intends to offer testimony concerning Defendant's role and responsibilities in the charged conspiracy, and his alleged attempts to obstruct justice.

The Government's motion [Doc. No. 588] is **GRANTED**. The hearing will occur in connection with the scheduled sentencing, and will likely run into the noon hour.

SO ORDERED.

Dated: July 25, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge